UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

John Benefield,

    Plaintiff,

-vs-                                    CASE NO.:  1:16-CV-01868-WSD

Capital One Bank (USA), National Association,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, John Benefield, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement of this action.  Upon execution of the agreement and completion of certain terms, a dismissal with prejudice will be filed with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Joshua H. Threadcraft 420 North 20th Street, Suite 3400 Birmingham AL 35203 via electronic mail on this 15th day of December, 2016.

                                            */s/ Octavio "Tav" Gomez*
                                            Octavio "Tav" Gomez, Esquire
                                            Florida Bar No.:  338620

        Georgia Bar No.:  617963
        Morgan & Morgan, Tampa, P.A.
        201 North Franklin Street, 7th Floor
        Tampa, FL 33602
        Tele:  (813) 223-5505
        Fax:  (813) 223-5402
        TGomez@ForThePeople.com;
        JLee@ForThePeople.com; and
        MRathbun@ForThePeople.com
        Counsel for Plaintiff(s)/Claimant(s)